# Third District Court of Appeal

## State of Florida

Opinion filed November 30, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1350
Lower Tribunal No. 16-2982
_____

**Annex Industrial Park, LLC, etc.,**
Appellant/Cross-Appellee,

vs.

**Biscayne Engineering Company, Inc.,**
Appellee/Cross-Appellant.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Armas Bertran Pieri, and Eduardo E. Bertran and J. Alfredo Armas, for appellant/cross-appellee.

Derrevere Stevens Black & Cozad, and Jon D. Derrevere and Shirley Jean McEachern (West Palm Beach), for appellee/cross-appellant.

Before EMAS, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Univ. Cmty. Hosp., Inc. v. Wilson, 1 So. 3d 206, 211 (Fla. 2d DCA 2008) (reviewing the trial court's award of damages after trial for abuse of discretion); Miami-Dade Cnty. Expressway Auth. v. Elec. Transaction Consultants Corp., 300 So. 3d 291, 295 (Fla. 3d DCA 2020) ("Under Florida law, 'the plaintiff must present evidence regarding a reasonable certainty as to its amount of damages.'" (citations omitted)).  See also Miami-Dade Cnty. Expressway Auth., 300 So. 3d at 294 (reviewing the trial court's findings of fact for competent, substantial evidence); Lochrane Eng'g, Inc. v. Willingham Realgrowth Inv. Fund, Ltd., 552 So. 2d 228, 232–33 (Fla. 5th DCA 1989) (discussing the duty imposed on design professionals and the proper measure of damages upon a finding of professional negligence).